UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SAHEED ADEROGBA,

                                                      Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER JORGE
CASTRO (tax # 952559), POLICE OFFICER ANDREW
KAMNA (tax # 943423), JOHN DOES 1-5,,

                                                   Defendants.
------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

15-CV-5745 (AMD) (RML)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
      April 27, 2016

| | |
|---|---|
| RICHARD CARDINALE<br>*Attorney for Plaintiff*<br>26 Court Street, Suite # 1815<br>Brooklyn, New York 11242<br><br>By: _____<br>Richard Cardinale<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York,*<br>  *Castro, and Kamna*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>Rhiana Swartz<br>*Senior Counsel* |

SO ORDERED:

_____
HON. ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE

Dated: _____, 2016

2